IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STERLING SAVINGS BANK,

    Plaintiff,

v.

NORMAN POULSEN, aka LISA POULSON,

    Defendant.

No. 12-01454 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On September 18, 2012, Plaintiff's counsel filed a request to appear telephonically at the initial case management conference set for September 25, 2012 at 3:00 p.m. Defendant does not oppose Plaintiff's counsel's request. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: September 19, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge