United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STERLING SAVINGS BANK,

     Plaintiff,

  v.

NORMAN POULSEN,

     Defendants.

_____/

No. 12-01454  EDL

**ORDER GRANTING APPLICATION  TO APPEAR TELEPHONICALLY**

On January 15, 2013, Defendants' counsel filed a request to appear telephonically at the further case management conference set for January 30, 2013 at 10:00 a.m.  Defendant does not oppose the telephonic appearance.  Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED.  Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: January 16, 2013

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge