BETTY M. SHUMENER (Bar No. 137220)
HENRY H. OH (Bar No. 187127)
JOHN D. SPURLING (Bar No. 252324)
**SHUMENER, ODSON & OH LLP**
550 South Hope Street, Suite 1050
Los Angeles, CA 90071-2678
Tel: 213.344.4200
Fax: 213.344.4191

Attorneys for Plaintiff,
STERLING SAVINGS BANK

John Houston Scott (Bar No. 72578)
Lizabeth N. de Vries (Bar No. 227215)
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel: (415) 561-9601
Fax: (415) 561-9609

Attorneys for Defendant
NORMAN POULSEN, aka LISA POULSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STERLING SAVINGS BANK, a Washington corporation, Successor In Interest by Merger to SONOMA NATIONAL BANK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORMAN POULSEN, aka LISA POULSEN, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 3:12-cv-01454-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES** |

-1-

CASE NO. CV 12-1454-EDL　　　　　　　　　STIPULATION TO EXTEND DEADLINES

## STIPULATION

IT IS HEREBY STIPULATED by and between plaintiff Sterling Savings Bank ("**Plaintiff**") and defendant Lisa Poulsen, aka Norman Poulsen ("**Defendant**"), through their respective counsel of record, as follows:

WHEREAS, this Court entered an Order to Extend Deadlines on January 11, 2013, which set forth the following dates and deadlines:

1. Jury trial to begin on October 7, 2013;
2. All non-expert discovery to be completed no later than April 1, 2013;
3. Initial expert disclosures to be made no later than May 17, 2013;
4. Rebuttal expert disclosures to be made no later than May 31, 2013;
5. All expert discovery to be completed no later than June 30, 2013;
6. The last day to file a motion, or stipulation and proposed order, to join other parties or to amend the pleadings was March 1, 2013;
7. The last day for hearing dispositive motions is July 16, 2013;
8. Mediation proceedings are to be completed by March 1, 2013 or as soon thereafter as possible; and
9. A pretrial conference is to be held September 17, 2013;

WHEREAS, this Court entered an Order further extending deadlines on March 8, 2013, which set forth that all non-expert discovery be completed no later than May 13, 2013;

WHEREAS, the parties agree that extending the deadlines for discovery by approximately two (2) weeks would allow counsel sufficient time to complete discovery and depositions;

NOW, THEREFORE, the parties hereby agree and stipulate:

1. Plaintiff and Defendant agree and stipulate that the current schedule for this case, as set forth in this Court's Orders to Extend Deadlines entered on January 11, 2013 and March 8, 2013 be modified as follows:

   a. All non-expert discovery to be completed no later than May 28, 2013;
   b. Initial expert disclosures to be made no later than May 31, 2013;

SHUMENER,
ODSON & OH LLP

-2-

CASE NO. CV 12-1454-EDL          STIPULATION TO EXTEND DEADLINES

2. No other dates set forth in the aforementioned Orders to Extend Deadlines are to be amended at this time;

3. The parties respectfully request that the Court modify the time frames set forth in the aforementioned Order to Extend Deadlines to reflect the dates and deadlines provided in the preceding paragraphs;

4. Plaintiff and Defendant have reviewed, agree and consent to the entry of the Proposed Order to Extend Deadlines.

**IT IS SO STIPULATED:**

DATED: April 23, 2013

SHUMENER, ODSON & OH LLP

By: _____
John D. Spurling
*Attorneys for Plaintiff*
STERLING SAVINGS BANK

DATED: April 23, 2013

SCOTT LAW FIRM

By: _____
Lizabeth N. de Vries
*Attorneys for Defendant*
LISA POULSEN

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The current schedule for this case, as set forth in the Orders to Extend Deadlines entered January 11, 2013 and March 8, 2013, shall be modified as follows:

   a. All non-expert discovery to be completed no later than May 28, 2013;

   b. Initial expert disclosures to be made no later than May 31, 2013;

**IT IS SO ORDERED.**

Dated: April 24, 2013

Elizabeth D. Laporte
Magistrate Judge of the United States District Court, Northern District of California

SHUMENER,
ODSON & OH LLP

-4-

CASE NO. CV 12-1454-EDL [PROPOSED] ORDER TO EXTEND DEADLINES