IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STERLING SAVINGS BANK, | No. C -12-01454 EDL |
| Plaintiff, | **ORDER RE: PARTIES' JUNE 3, 2013 FILINGS** |
| v. | |
| NORMAN POULSEN, aka LISA POULSON | |
| Defendant. | |

On June 3, 2013, both Plaintiff and Defendant filed ex parte discovery motions. The Local Rules do not provide for ex parte motions except where ordered by the assigned judge, or where a statute, rule, local rule or standing order permits the ex parte motion. Civil L.R. 7-10. The parties cite no authority permitting the ex parte motions.

However, the Court has reviewed the parties' filings and construes the ex parte motions as requests to shorten time to hear the discovery motions pursuant to Civil Local Rule 6-3. Good cause appearing, the Court grants the requests to shorten time.

No later than June 5, 2013 at 5:00 p.m., Defendant shall file an opposition to Plaintiff's motion for order for mental examination (Docket no. 94). Plaintiff may file a reply no later than June 6, 2013 at noon (Plaintiff shall inform the Court no later than June 6, 2013 at 9:00 a.m. if it does not intend to file a reply). The Court does not intend to hold a hearing on this motion.

No later than June 5, 2013 at 5:00 p.m., Plaintiff shall file an opposition to Defendant's motion to compel (Docket no. 95). Defendant may file a reply no later than June 6, 2013 at noon (Defendant shall inform the Court no later than June 6, 2013 at 9:00 a.m. if she does not intend to

1  file a reply). The Court does not intend to hold a hearing on this motion.

2  **IT IS SO ORDERED.**

4  Dated: June 4, 2013

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge