IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STERLING SAVINGS BANK,

    Plaintiff,

v.

NORMAN POULSEN,

    Defendant.

No. C-12-01454-EDL (DMR)

**ORDER GRANTING PLAINTIFF AND PLAINTIFF'S COUNSEL TO APPEAR BY TELEPHONE AT THE FURTHER SETTLEMENT CONFERENCE**

Per prior agreement of the parties, Plaintiff and Plaintiff's counsel may appear by telephone at the Further Settlement Conference scheduled on June 24, 2013 at 11:00 a.m before Magistrate Judge Donna M. Ryu. Plaintiff's counsel must provide the court with a list of participants plus a single contact telephone number **by Friday, June 21, 2013.**

IT IS SO ORDERED.

Dated: June 14, 2013

DONNA M. RYU
United States Magistrate Judge