IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STERLING SAVINGS BANK,<br><br>    Plaintiff,<br><br>v.<br><br>NORMAN POULSEN,<br><br>    Defendant.                               / | No. C -12-01454 EDL<br><br>**ORDER SETTING BRIEFING DATES FOR PLAINTIFF'S MOTIONS TO STRIKE** |

On June 25, 2013, Plaintiff filed two motions to strike and set those motions for hearing on July 19, 2013. Plaintiff failed to file motions to shorten time to hear those motions, which were filed less than thirty-five days before the July 19, 2013 hearing date. Civil L.R. 7-2(a). Nevertheless, the Court will hear the motions to strike on July 19, 2013 along with the motions for summary judgment that were previously set for that date. Any oppositions to Plaintiff's motions to strike shall be filed no later than July 8, 2013, and any replies shall be filed no later than July 10, 2013.

**IT IS SO ORDERED.**

Dated: July 1, 2013

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge