BETTY M. SHUMENER (Bar No. 137220)
HENRY H. OH (Bar No. 187127)
JOHN D. SPURLING (Bar No. 252324)
**SHUMENER, ODSON & OH LLP**
550 South Hope Street, Suite 1050
Los Angeles, CA 90071-2678
Tel: 213.344.4200
Fax: 213.344.4191

Attorneys for Plaintiff,
STERLING SAVINGS BANK

John Houston Scott (Bar No. 72578)
Lizabeth N. de Vries (Bar No. 227215)
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel: (415) 561-9601
Fax: (415) 561-9609

Attorneys for Defendant
NORMAN POULSEN, aka LISA POULSEN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| STERLING SAVINGS BANK, a Washington corporation, Successor In Interest by Merger to SONOMA NATIONAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>NORMAN POULSEN, aka LISA POULSEN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:12-cv-01454-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S MOTIONS FOR ATTORNEYS' FEES AND TO AMEND THE JUDGMENT** |

## STIPULATION

IT IS HEREBY STIPULATED by and between plaintiff Sterling Savings Bank ("**Plaintiff**") and defendant Lisa Poulsen, aka Norman Poulsen ("**Defendant**"), through their respective counsel of record, as follows:

WHEREAS, the Court entered an Order pursuant to stipulation between the parties to stay all proceedings for a period of three (3) weeks, or 21 calendar days, on August 12, 2013;

WHEREAS, pursuant to the Court's August 12, 2013 order, all hearing dates for all post-judgment motions and any responsive papers thereto are extended for three (3) weeks, or 21 calendar days;

WHEREAS, on August 12, 2013, Plaintiff served and filed a Motion for Attorneys' Fees and Costs, noticed for hearing on September 17, 2013 at 2:00 PM;

WHEREAS, on August 12, 2013, Plaintiff filed a Motion to Amend the Judgment, noticed for hearing on September 17, 2013 at 2:00 PM;

NOW, THEREFORE, the parties hereby agree and stipulate:

1. That the hearing date for Plaintiff's Motion for Attorneys' Fees and Costs be set for hearing on October 22, 2013 at 9:00 AM;

2. That the hearing date for Plaintiff's Motion to Amend the Judgment be set for hearing on October 22, 2013 at 9:00 AM;

3. That all papers in response to Plaintiff's Motion for Attorneys' Fees and Costs be filed on or before October 1, 2013;

4. That all reply briefs in support of Plaintiff's Motion for Attorneys' Fees and Costs be filed on or before October 8, 2013;

5. That all papers in response to Plaintiff's Motion to Amend the Judgment be filed on or before October 1, 2013;

6. That all reply briefs in support of Plaintiff's Motion to Amend the Judgment be filed on or before October 8, 2013;

7. That the September 17, 2013 hearing date for Plaintiff's Motion for Attorneys' Fees and Costs be vacated; and

8. That the September 17, 2013 hearing date for Plaintiff's Motion to Amend the Judgment be vacated;

9. The parties respectfully request that the Court enter the attached order setting forth the aforementioned hearing dates and deadlines;

10. Plaintiff and Defendant have reviewed, agree and consent to the attached order.

**IT IS SO STIPULATED:**

DATED:   August 19, 2013

                              SHUMENER, ODSON & OH LLP

By:   /s/ Jonathan H. Shin
      Jonathan H. Shin
      *Attorneys for Plaintiff*
      STERLING SAVINGS BANK

DATED:   August 19, 2013

SCOTT LAW FIRM

By:   /s/ Lizabeth N. de Vries
      Lizabeth N. de Vries
      *Attorneys for Defendant*
      LISA POULSEN

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The hearing on Plaintiff's Motion for Attorneys' Fees and Costs is set for October 22, 2013 at 9:00 AM.

2. All papers filed in opposition to Plaintiff's Motion for Attorneys' Fees and Costs shall be filed no later than October 1, 2013.

3. All reply briefing in support of Plaintiff's Motion for Attorneys' Fees and Costs shall be filed no later than October 8, 2013.

4. The hearing on Plaintiff's Motion to Amend the Judgment is set for October 22, 2013 at 9:00 AM.

5. All papers filed in opposition to Plaintiff's Motion to Amend the Judgment shall be filed no later than October 1, 2013.

6. All reply briefing in support of Plaintiff's Motion to Amend the Judgment shall be filed no later than October 8, 2013.

**IT IS SO ORDERED.**

Dated: August 19, 2013

_____
Elizabeth D. Laporte
Magistrate Judge of the United States District Court, Northern District of California

SHUMENER, ODSON & OH LLP

CASE NO. CV 12-1454-EDL

-1-

[PROPOSED] ORDER RE HEARING DATE ON MOTIONS